| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| RICARDO MARTINEZ MEZA #18166-078 | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:13-CV-388 |
| | § | CRIMINAL ACTION NO. 4:10-CR-220(1) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to a United States Magistrate Judge, who issued a Report and Recommendation concluding that the motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 should be denied and dismissed with prejudice. Movant filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report, the court concludes that the findings and conclusions of the Magistrate Judge are correct and the objections of Movant are without merit. It is accordingly

**ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DENIED** and **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Plano, Texas, this 29th day of March, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE